**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

CATHERINE J. DIDDLE                                                                    PLAINTIFF

VS.                              3:10CV00252 SWW/JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                DEFENDANT

## JUDGMENT

Consistent with an Order entered on this day, IT IS CONSIDERED, ORDERED, AND ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner, and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 31st day of March, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE