# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

CATHERINE J. DIDDLE                                      PLAINTIFF

V.                  NO. 3:10CV00252 SWW/JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                      DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge J. Thomas Ray. There have been no objections. After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be and they hereby are adopted in their entirety as this Court's findings.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Attorney's Fees Pursuant to the EAJA (docket entry #12) is GRANTED, IN PART, and DENIED, IN PART.

IT IS FURTHER ORDERED that Plaintiff is awarded $4,554.92 in attorney's fees, $367.13 in costs, and $80.86 in expenses under the EAJA.

DATED this 19th day of October, 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE